IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIORA MAYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-0669-MJR |
| | ) |
| CONNELLY PETERSON, SHEARER SAMPSON & ASSOCIATES, INC., WEST COAST STOCK TRANSFER, INC., BRETT HANSON, VINCE CARTER and BRIAN DELL, | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

REAGAN, District Judge:

Pursuant to Liora Mayer's Notice of Voluntary Dismissal (Doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES THIS CASE** without prejudice.

IT IS SO ORDERED.

DATED September 20, 2011

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge