# United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| LIORA MAYER,<br><br>  Plaintiff<br><br>v.<br><br>CONNELLY PETERSON, SHEARER SAMPSON & ASSOCIATES, INC., WEST COAST STOCK TRANSFER, INC., BRETT HANSON, VINCE CARTER and BRIAN DELL,<br><br>  Defendants | Case Number: 11-cv-0669-MJR |

## JUDGMENT IN A CIVIL ACTION

By order dated September 20, 2011, This cause of action is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

NANCY J. ROSENSTENGEL, Clerk

s/ Debbie DeRousse
Deputy Clerk

Dated: September 20, 2011

Approved: _____
Michael J. Reagan, U.S. District Judge